146 A.3d 473

**LILLY, Marcus**

v.

**STATE of Maryland**

**No. 206, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 2710, Sept. Term, 2014).

Petition for writ of certiorari denied.

■

146 A.3d 473

**MALONE INVESTMENTS**

v.

**SOMERSET CO. SANITARY DISTRICT**

**No. 279, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 476, Sept. Term, 2015).

Petition for writ of certiorari denied.